1

2

3

4                      UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7    JOSE DANIEL CASTILLO-ANTONIO,          Case No. 21-cv-02342-SI

8                 Plaintiff,

9          v.                                ORDER ADOPTING REPORT AND
                                             RECOMMENDATION AND
10   ABDULFATEH MOHAMED DABWAN,              GRANTING IN PART MOTION FOR
     et al.,                                 DEFAULT JUDGMENT

11                                           Re: Dkt. Nos. 11, 18
                 Defendants.

12

13         On January 7, 2022 Magistrate Judge Donna M. Ryu filed a Report and Recommendation in

14   the above captioned case, which arises under the American with Disabilities Act and the California

15   Unruh Act. Dkt. No. 18. Defendants repeatedly failed to appear or respond.

16         Judge Ryu recommends the Court grant in part plaintiff's motion for default judgment filed

17   on August 8, 2021. Dkt. No. 11. In particular, Judge Ryu recommends the Court award plaintiff

18   $4,000 in statutory damages, $2,835 in attorneys' fees, and $716.75 for costs (per the Unruh Act).

19   Judge Ryu further recommends the Court enter an injunction requiring defendants to provide an

20   access ramp at the entrance of their business, construct a compliant service counter, and widen the

21   aisles inside the store as to ensure ADA compliance. *Id.* at 17. Defendants were given 14 days to

22   file written objections to the Report. No objections were entered by the deadline.

23         The Court agrees with Judge Ryu's analysis and findings, and hereby adopts the Report and

24   Recommendation. Plaintiff's complaint plausibly alleges the elements of an ADA violation for

25   failure to implement "readily achievable" modifications. Thus, an Unruh Act claim is also plausibly

26   alleged. Cal. Civ. Code § 51(f) (a "violation of the right of any individual under the [ADA] shall

27   also constitute a violation of" the Unruh Act).

28         The Court hereby **GRANTS** plaintiff's motion for default judgment in part and orders

United States District Court
Northern District of California

defendants to pay $7,551.75 (inclusive of statutory damages, fees, and costs). The Court also enters an injunction requiring defendants to ensure that the business's entry way, service counters, and aisle widths are compliant with the ADA.

**IT IS SO ORDERED**.

Dated: January 24, 2022

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California