UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO,<br><br>Plaintiff,<br><br>v.<br><br>ABDULFATEH MOHAMED DABWAN, et al.,<br><br>Defendants. | Case No. 21-cv-02342-SI<br><br>**INJUNCTION** |

On January 24, 2022, the Court granted default judgment in favor of plaintiffs and against defendants. In doing so, the Court ordered defendants to ensure the business premises located at 6444 San Pablo Avenue in Oakland, California ("65th Street Market") comply with the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq*.; *See* 42 U.S.C. § 12181(7)(E) (describing a "grocery store, ... shopping center, or other sales or rental establishment" as a public accommodation subject to the ADA). Although plaintiff did not establish that the 1991 and 2010 ADA Standards for Accessible Design are enforceable against defendants, the Court relied on the 1991 and 2010 standards as guidance for whether 65th Street Market contains architectural barriers.

The Court having thus found the presence architectural barriers and that the removal of barriers is "readily achievable," the Court hereby orders defendants to (1) provide a compliant service counter, (2) widen the aisles, and (3) install an accessible ramp at the entrance of 65th Street Market. In more specific terms, defendants are ordered to:

**1.** Ensure the service counter in the Market is low enough to comply with the 1991 and

1    2010 Standards, namely, that the counter measures no higher than 36 inches, 1991
2    Standard § 7.2; 2010 Standard § 904.4;

3    **2.** Ensure the aisles in the Market are wide enough to accommodate wheelchairs, namely,
4    that aisle passages are at least "32 in (815 mm) at a point and 36 in (915 mm)
5    continuously," 1991 Standard § 4.2.1; *See* Figure below;



28 CFR Part 36, App. A at 15

**3.** Ensure the step at the Market's entrance, which was allegedly eight inches in vertical rise when the complaint was filed, complies with the 1991 and 2010 Standards, namely, that there be "[a]t least one accessible route" to an accessible building entrance, 1991 Standard § 4.3.2; 2010 Standard § 206.2.1.  Accessible routes must consist of "walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps . . . elevators, and platform lifts." 2010 Standard § 402.2.

**IT IS SO ORDERED**.

Dated: February 16. 2-22

_____
SUSAN ILLSTON
United States District Judge