UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABDULFATEH MOHAMED DABWAN,<br>et al.,<br><br>　　　　Defendants. | Case No. 21-cv-02342-SI<br><br>**JUDGMENT** |

　　　The Court granted plaintiff's motion for default judgment on January 24, 2022. Dkt. No. 21. Accordingly, judgment is entered against defendants and in favor of plaintiff in the amount of $7,551.75.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 20, 2022

_____
SUSAN ILLSTON
United States District Judge